

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00444-CR

**IN RE** Robert Anthony **WARDEN**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
               Beth Watkins, Justice
               Liza A. Rodriguez, Justice

Delivered and Filed: October 21, 2020

PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT

On September 10, 2020, relator filed a pro se petition for writ of mandamus complaining of the trial court's refusal to rule on his post-conviction motion for DNA/Scientific testing. On October 2, 2020, the trial court provided this court with a copy of its October 2, 2020, order denying relator's "Motion for Post-Conviction DNA Scientific Testing." Because relator has received the requested relief, we dismiss the petition for writ of mandamus as moot. *See* TEX. R. APP. P. 52.8(a). All other requested relief is denied.

PER CURIAM

Do not publish

---

[1] This proceeding arises out of Cause No. 14-022-CR-C, styled *State of Texas v. Robert Anthony Warden*, pending in the 25th Judicial District Court, Guadalupe County, Texas, the Honorable William D. Old, III presiding.